IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IRVING CENTRAL PLACE LLC, | § | |
|     Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. 3:17-CV-01617-L |
| FEDERAL INSURANCE COMPANY | § | |
| AND MICHAEL FAIRLEY II, | § | |
|     Defendants. | § | |

## AGREED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Irving Central Place, LLC ("Plaintiff") and Defendants Federal Insurance Company and Michael Fairley II ("Defendants"), jointly stipulate to the dismissal with prejudice of all claims Plaintiff asserted or could have asserted against Defendants in this case. As such, parties have agreed upon the settlement and compromise of all claims Plaintiff made against Defendants. Each party has agreed to bear its own attorneys' fees and costs.

Dated: April 5, 2019

        Respectfully submitted,

        */s/ Andrew A. Woellner*
        Andrew A. Woellner
        Texas Bar No. 24060850
        E-mail: awoellner@potts-law.com
        THE POTTS LAW FIRM, LLP
        3737 Buffalo Speedway, Suite 1900
        Houston, Texas 77098
        Telephone: 713-963-8881
        Facsimile: 713-583-5388

        **ATTORNEY IN CHARGE FOR**
        **PLAINTIFF IRVING CENTRAL PLACE, LLC**

   */s/ Alicia G. Curran (with permission)*
Alicia G. Curran
Texas Bar No. 12587500
Email: acurran@cozen.com
Cozen O'Connor
1717 Main Street, Suite 3400
Dallas, Texas 75201
Telephone: 214-462-3021
Facsimile: 866-248-5742

**ATTORNEY IN CHARGE FOR DEFENDANTS**

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, a true and correct copy of the foregoing *Agreed Joint Stipulation of Dismissal with Prejudice* was forwarded to all other counsel of record, as listed below, by electronic filing through the electronic case filing system for the United States District Court for the Southern District of Texas:

Alicia G. Curran
Email: acurran@cozen.com
Cozen O'Connor
1717 Main Street, Suite 3400
Dallas, Texas 75201
Telephone: 214-462-3021
Facsimile: 866-248-5742

   */s/ Andrew A. Woellner*
Andrew A. Woellner